UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCINE ROUSELL,

    PLAINTIFF,

v.                                                        CASE NO. 09-13451

COMMISSIONER OF SOCIAL SECURITY,    HONORABLE SEAN F. COX

    DEFENDANT.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff brought this action seeking judicial review of an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Michael Hluchaniuk for pretrial purposes, pursuant to 28 U.S.C. §636.

On September 9, 2010, Magistrate Judge Hluchaniuk issued a Report and Recommendation ("R&R") which recommends that: 1) Defendant's motion seeking to remand this matter be granted; and 2) Plaintiff's Motion for Summary Judgment be denied as moot.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

The Court hereby **ADOPTS** the September 9, 2010 R&R. **IT IS ORDERED** that

1

Defendant's Motion to Remand is **GRANTED** and that Plaintiff's Motion for Summary Judgment is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: October 13, 2010

I hereby certify that on October 13, 2010, a copy of the foregoing document was served upon counsel of record by electronic means and upon Francine Rousell via First Class Mail at the address below:

Francine Rousell
5173 Belvidere
Detroit, MI 48213

S/Jennifer Hernandez
Case Manager